# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Devin Larson,<br><br>    Plaintiff,<br><br>v.<br><br>TriVerity, Inc.,<br><br>    Defendant. | Case No. 3:23-cv-00451-jdp<br><br>Honorable James D. Peterson<br><br><br><br>**NOTICE OF SETTLEMENT** |

    **NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                              RESPECTFULLY SUBMITTED,

Date: August 2, 2023          By: /s/ Jeffrey S. Hyslip
                                              Jeffrey S. Hyslip, Esq.
                                              Hyslip Legal, LLC
                                              207 S. Harrison Street, Suite A
                                              Algonquin, IL 60102
                                              Phone: 614-362-3322
                                              Email: jeffrey@hysliplegal.com

                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I electronically filed the foregoing Notice through the court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeffrey S. Hyslip